IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CODY LACY, et al.,

    Plaintiffs,

vs.

REDDY ELECTRIC CO., et al.,

    Defendants.

:
:
:
:
:
:

Case No. 3:11cv52

JUDGE WALTER HERBERT RICE

---

ENTRY NOTING THAT PLAINTIFF'S MOTION FOR ORDER TO CONDITIONALLY CERTIFY CASE AS A COLLECTIVE ACTION (DOC. #24) IS NOT REFERRED TO MAGISTRATE JUDGE MICHAEL J. NEWMAN AS PART OF HIS PRETRIAL MANAGEMENT (THROUGH THE DISCOVERY DEADLINE) RESPONSIBILITIES

---

The captioned cause, set for trial on January 14, 2013, is referred to Magistrate Michael J. Newman for pretrial management. It is the purpose of this Entry to clarify that the Plaintiffs' Motion for an Order to Conditionally Certify the Case as a Collective Action (Doc. #24) will be resolved by this Court and, accordingly, same is not referred to the aforementioned Magistrate Judge for Report and Recommendation.

October 26, 2011

                              WALTER HERBERT RICE
                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Magistrate Judge Michael J. Newman
Lisa Woodward, Career Law Clerk