IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CODY LACY, et al.,

      Plaintiffs,

vs.

REDDY ELECTRIC CO., et al.,

      Defendants.

Case No. 3:11cv52

JUDGE WALTER H. RICE

---

ENTRY OF CONTINUANCE; NEW TRIAL AND OTHER DATES SET

---

    The captioned cause came on to be heard upon a scheduling conference, between Court and counsel, on February 5, 2013. The following matters were discussed and agreed upon, to wit:

    1.    Trial upon the merits of the captioned cause, before a duly impaneled jury, will begin at 9:00 a.m. on Monday, June 3, 2013. A final pretrial conference, held by telephone conference call communication, will be convened by the Court, beginning at 5:00 p.m. on Tuesday, May 21, 2013. A jointly prepared Final Pretrial Order must be filed no later than the close of business on Tuesday, May 14, 2013. All pretrial motions, such as motions in limine, etc., are to be filed not later than the close of business on Tuesday, May 7, 2013, with all exhibits exchanged, by and between the parties, not later than Friday, May 10, 2013.

The Court notes the pendency of certain motions; same will be decided within the next fourteen to twenty days.

April 9, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record