IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


CODY LACY, et al.,

                Plaintiffs,           :

                                  :

           vs.                         Case No. 3:11cv52

                                  :

REDDY ELECTRIC CO., et al.,             JUDGE WALTER H. RICE

                Defendants.     :

---

ENTRY OF CONTINUANCE; NEW TRIAL DATE AND OTHER DATES SET

---

For good cause shown (to allow the Court to rule on potentially dispositive motions), the Court sustains the joint motion to continue the trial date from June 3, 2013 (Doc. #86). Trial upon the merits, before a duly impaneled jury, will begin at 9:00 a.m. on Monday, July 15, 2013. The final pretrial conference will be conducted by telephone conference call, beginning at 5:00 p.m. on Tuesday, July 2, 2013. A jointly prepared final pretrial order must be filed not later than the close of business on Tuesday, June 25, 2013. All exhibits are to be exchanged by and between the parties not later than the close of business on Friday, June 28, 2013. All essential pretrial motions, such as motions in limine, etc., are to be filed not later than the close of business on Friday, June 21, 2013.


June 19, 2013                        _____

                                     WALTER H. RICE
                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record