IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OHIO
WESTERN DIVISION AT DAYTON

Cody Lacy, et al.,

    Plaintiffs,

v.

Reddy Electric Company, et al.,

    Defendants.

Case No. 3:11-cv-52

Judge Rice

## ORDER APPROVING SETTLEMENT

This matter has come before the Court upon the Joint Motion of all parties for Approval of the Settlement agreed to by the parties. For the reasons set forth in the Motion, and for good cause shown, the Court finds that the settlement reached by the Parties constitutes a fair and reasonable resolution of a bona fide dispute, and the Court hereby GRANTS the Parties' Motion.

The Parties shall file a stipulated dismissal of all claims, with prejudice, within twenty-one days.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 14th, 2013